UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:26 CR 253 |
| | ) | |
| Plaintiff | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| v. | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| MIGUEL GALINDO DE JESUS, | ) | REFERRAL TO U.S. PROBATION |
| | ) | OFFICE |
| Defendant | ) | |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge James E. Grimes, regarding the change of plea hearing of Miguel Galindo De Jesus, which was referred to the Magistrate Judge with the consent of the parties.

On May 27, 2026 the government filed a 1 count Indictment, charging Defendant Miguel Galindo De Jesus with Illegal Reentry, in violation of Title 8 U.S.C. § 1326(a).  On June 4, 2026 Magistrate Judge Jennifer Dowdell Armstrong held an arraignment, at which time Mr. De Jesus entered a plea of not guilty to the charges.  On June 15, 2026 Magistrate Judge Grimes received Defendant's plea of guilty to count 1 the Indictment and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted.  Defendant Miguel Galindo De Jesus is found to be competent to enter a plea and to understand his constitutional rights. He is aware of the charges and of the consequences of entering a plea.  There

is an adequate factual basis for the plea.  The court finds the plea was entered knowingly, intelligently, and voluntarily.  The plea agreement is approved.

Therefore, Defendant Miguel Galindo De Jesus is adjudged guilty to count 1 of the Indictment  in violation of Title 8 U.S.C. § 1326(a). This matter was referred to the U.S. Probation Department for the completion of a pre-sentence investigation and report.  Sentencing will be held on July 22, 2026 at 10:30 a.m. in Courtroom 19A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

July 6, 2026